In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-179 CV


____________________



IN RE BRENT VONCEY FIELDS






Original Proceeding






MEMORANDUM OPINION



 Seeking to compel the trial court to conduct a hearing on his motion for new trial,
Brent Voncey Fields filed a petition for writ of mandamus in this Court. (1) See Tex. R. App.
P. 52. We notified the parties of certain defects in the relator's petition and provided Fields
with additional time to amend his petition. On May 5, 2008, relator notified the Court that
he no longer requests mandamus relief. Accordingly, we dismiss this original proceeding
without reference to the merits.

 PETITION DISMISSED.


 PER CURIAM



Opinion Delivered May 29, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Fields alleged he was sentenced on February 29, 2008.